IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QAMAR TINSLEY | CIVIL ACTION |
|---|---|
| v. | NO. 20-1060 |
| OFFICER JOHN MOUZON | DATE OF NOTICE: October 13, 2021 |

### ORDER RE: SUMMARY JUDGMENT

**AND NOW**, this 12th day of October, 2021, after hearing in open court held on October 5th, 2021, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (ECF 12) is **DENIED** for the reasons stated in the foregoing Memorandum.

2. Defendant and Plaintiff are afforded sixty (60) days to conduct discovery, Plaintiff is strongly urged to provide the transcript of Plaintiff's state court preliminary hearing to Defendant.

3. The date for trial or entry into trial pool shall be set for **January 13, 2022.**

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Kelly Jo 2021\Cases\20-cv-1060 Tinsley v. Mouzon\20cv1060 order re SJ.doc